IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CARROLL JOHNSON**                                                                         **PLAINTIFF**
ADC # 138237

**v.**                                       **4:10CV101192-BRW**

**PULASKI COUNTY,**                                                **DEFENDANTS**
*ET AL.*

## **ORDER**

I have received the Proposed Findings and Recommendations (Doc. No. 14) from Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations, Plaintiff's objections, and a *de novo* review of the record, I find that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly.

IT IS SO ORDERED this 16th day of February, 2011.


                                                        /s/Billy Roy Wilson
                                  UNITED STATES DISTRICT JUDGE