IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CARROLL JOHNSON**                                                                    **PLAINTIFF**
**ADC # 138237**

v.                                     4:10CV101192-BRW

**PULASKI COUNTY,**                                                 **DEFENDANTS**
*ET AL.*

## JUDGMENT

Consistent with the Order entered on this date, it is Considered, Ordered and Adjudged that this complaint be, and hereby is, dismissed.

IT IS ADJUDGED this 16th day of February, 2011.


                                                     /s/Billy Roy Wilson
                                      UNITED STATES DISTRICT JUDGE